## Henry L. Kane and John E. Northrup, Appellees, v. Nathan Borin, Appellant.

### Gen. No. 40,846.

Heard in first division, first district this court at October term, 1939; opinion filed April 8, 1940. John M. Tuohy, for appellant; Frank J. Jacobson, for appellees. Opinion by JUSTICE O'CONNOR. "Not to be published in full."